UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYON JONES, | No. 2:22-cv-1592-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| RAYMOND MADDEN, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed the inmate trust account statement required by 28 U.S.C. § 1915(a), but has not submitted an application for leave to proceed in forma pauperis.

     If plaintiff wishes to proceed, he must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

     So ordered.

Dated: October 12, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE